United States District Court
District of Conn.

Aaron Eckert
    plaintiff,             Case No: 3:19-cv-00982-VAB

v.

Grady; et al

                                    Date: 1/31/2020

This E-file is to inform the District Court of Bridgeport, Conn that the Plaintiff has been tranferred to another facility and the new address is:

Aaron Eckert
900 Highland Ave
Cheshire, CT 06410

SCANNED at
and Emailed
2/3/2020 by [initials] 1 pages
date   initials   No

x Aaron Eckert
1/31/2020
900 Highland ave
Cheshire, ct 06410